HARRY M. RAMSEY v. STATE OF NEBRASKA.

FILED NOVEMBER 6, 1908. No. 15,701.

ERROR to the district court for Wayne county: ANSON A. WELCH, JUDGE. *Affirmed.*

*A. S. Ritchie, Charles L. Fritscher* and *F. A. Berry,* for plaintiff in error.

*William T. Thompson, Attorney General, Grant G. Martin* and *George R. Wilbur, contra.*

CALKINS, C.

The facts in this case are the same as in *Thomsen v. State, ante,* p. 634, except that in this case no effort was made to secure an additional or amended transcript.

It follows that, for the reasons stated in the opinion in

that case, the judgment of the district court should be affirmed, and we so recommend.

FAWCETT and ROOT, CC., concur.

By the Court: For the reasons above stated, the judgment of the district court is

AFFIRMED.